B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court

_Northern_ District Of _____ Illinois _____

In re _Charles Armstrong_
Debtor

Case No. _10-29490_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_274.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $_68.50_  Check one ☐ With the filing of the petition, or
    ☒ On or before _July 30th 2010_

    $_68.50_  on or before _Aug 25th 2010_

    $_68.50_  on or before _Sept 28th 2010_

    $_68.50_  on or before _Oct 28th 2010_

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of an installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   _Charles City_ _June 30th 2010_
Signature of Attorney            Date      Signature of Debtor            Date
                                           (In a joint case, both spouses must sign.)

_____             _____   _____
Name of Attorney                          Signature of Joint Debtor (if any)   Date

---------------------------------------   ---------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTO...        BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition       ...r as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation
and have provided the debtor with a copy of this document and the noti...      information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if
rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(...      ...g a maximum fee for services chargeable by bankruptcy petition preparers, I
have given the debtor notice of the maximum amount before preparing           ...ment for filing for a debtor or accepting any fee from the debtor, as required
under that section; and (4) I will not accept any additional money or o...     ...rty from the debtor before the filing fee is paid in full.

                                                                   Social-Security No. (Required by 11 U.S.C. § 110.)
Printed or Typed Name and Title, if any, of Bankruptcy Petition Prepar...
_If the bankruptcy petition preparer is not an individual, state the na..._     _...ny), address, and social-security number of the officer, principal, responsible_
_person, or partner who signs the document._

_____

Address

x_____                    x_____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who pre...      ...sted in preparing this document, unless the bankruptcy petition preparer is not
an individual:

_If more than one person prepared this document, attach additi..._          _...eets conforming to the appropriate Official Form for each person._
_A bankruptcy petition preparer's failure to comply with the prov..._        _...e 11 and the Federal Rules of Bankruptcy Procedure may result in fines_
_or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 3 0 2010
KENNETH S. GARDNER, CLERK
PS REP. - AJ

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court

<u>   Northern   </u>  District Of  <u>   Illinois   </u>

In re <u>*Charles Armstrong*</u>
           Debtor

Case No. <u>10-29490</u>

Chapter <u>13</u>

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐ With the filing of the petition, or
                                      ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: <u>July 1, 2010</u>

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court
*United States Bankruptcy Judge*